**JOE M. HART, REALTOR®**
**6860 MERWOOD STREET**
**COLUMBUS, OHIO 43235**
**(614) 889-2687**

*Joe M. Hart*

ENTERED HOME: 11/02/2010    DATE: 11/03/2010   APPRAISED BY: _____ Joe M. Hart

FAIR MARKET VALUE AS OF THIS DATE: $137,000.00 Conventional Price

OWNER: Minturn, Steven P. and Jody E.                     BANKRUPTCY # _____

ADDRESS: 2635 Township Road 20; Cardington, Ohio 43315     APPROX. AGE: 1981

STYLE: One and One Half Story, Manuf. Home  CONSTRUCTION: Frame, Vinyl Sided

BEDROOMS: 4     BATHS: 2½     FAMILY ROOM: Yes   FIREPLACE: No

TYPE HEATING: Electric/Wood   A/C: No   HUMIDIFIER: No   ELECTRIC SERVICE: C/B

GARAGE: 8 D   DRIVEWAY: Gravel   PATIO: Deck   LANDSCAPING: Fair

BASEMENT: Yes   REC RM: No   UTILITY RM: 1st Floor   FENCE: No

ENTRY: No   LIV RM: Yes   DIN RM: No

KITCHEN: Eating Space   WINDOWS: Vinyl   ROOF: Composition

CARPET: Yes

## GENERAL CONDITION AS APPRAISED

INTERIOR:   EXCELLENT _____   GOOD _____   FAIR __X__   POOR _____
EXTERIOR:   EXCELLENT _____   GOOD _____   FAIR __X__   POOR _____

## COMPARABLE PROPERTIES

| ADDRESS | TYPE | BDRMS | BATHS | GAR | BSMT | SOLD | DATE |
|---|---|---|---|---|---|---|---|
| (1) 4015 CR 25 | 1 Sty | 3 | 2½ | 2 | Yes | $133,000.VA | 12/28/200 |
| (2) 4640 TR 21 | 1 Sty | 4 | 2 | 2 | No | $147,000.VA | 08/02/201 |
| (3) 2047 SR 529 | 1 Sty | 3 | 2 | 2 | Yes | $156,000.VA | 06/15/201 |

REMARKS: Subject's residence and garage need new roofs. Interior has some unfinished remodling. Changeover in HVAC systems–no central heating and no air conditioning.