## MONTHLY PROFIT & LOSS

### Performance Painting Plus LLC
### Steven Minturn

|  | OCT./2011 | NOV./2011 | DEC./2011 |
|---|---|---|---|
| Taxable Sales | $3,886.00 | $7,756.00 | $4,093.00 |
| Non Taxable Sales |  |  |  |
| **Total Gross Sales** | $3,886.00 | $7,756.00 | $4,093.00 |
| Beginning inventory |  |  |  |
| Paint & Material | $609.00 | $625.00 | $220.00 |
| Labor |  | $1,950.00 | $325.00 |
| Other Costs | $55.00 | $426.00 | $15.00 |
| Ending Inventory |  |  |  |
| **Cost of Goods Sold** | $664.00 | $3,001.00 | $560.00 |
| **GROSS PROFIT** | $3,222.00 | $4,755.00 | $3,533.00 |
| Advertising |  |  |  |
| Vehicle Expenses | $394.00 | $425.00 | $497.00 |
| Cleaning & Maintenance |  |  |  |
| Phone services | $130.00 | $130.00 | $130.00 |
| Insurance | $128.00 |  | $105.00 |
| Legal & Accounting |  | $0.00 |  |
| Interest Expense | $49.00 | $228.00 |  |
| Repairs |  |  |  |
| Taxes |  |  |  |
| Licenses |  |  |  |
| Utilities |  | $636.00 |  |
| Rent |  |  |  |

<PROF&LOS.FT2>

| | OCT./2011 | NOV./2011 | DEC./2011 |
|---|---|---|---|
| Wages | | | |
| Benefits | | | |
| PR Taxes | | | |
| Travel & Entertainment | $20.00 | $57.00 | |
| Meals | | | |
| Promotions | | | |
| Contributions | $240.00 | $350.00 | $210.00 |
| Depreciation Expense | | | |
| Interest Income | | | |
| Other | | | |
| **TOTAL EXPENSES** | $961.00 | $1,826.00 | $942.00 |
| | | | |
| **PRE-TAX INCOME/EXPENSE** | $2,261.00 | $2,929.00 | $2,591.00 |

| Prepared By | Steve Minturn | Date | 01/17/2011 |
|---|---|---|---|
| Reviewed By | | Date | |

<PROF&LOS.FT2>

MONTHLY PROFIT & LOSS

Document Page 3 of 4

### Performance Painting Plus LLC
### Steven Minturn

| | JAN./2011 | Projection FEB./2011 | MAR./2011 |
|---|---|---|---|
| Taxable Sales | $3,284.00 | $3,790.00 | |
| Non Taxable Sales | | | |
| **Total Gross Sales** | $3,284.00 | $3,790.00 | $0.00 |
| Beginning inventory | | | |
| Paint & Material | $123.00 | $160.00 | |
| Labor | | $275.00 | |
| Other Costs | $203.00 | $~~208.00~~ | |
| Ending Inventory | | ~~$208.00~~ | |
| **Cost of Goods Sold** | $326.00 | $227.00 | $0.00 |
| **GROSS PROFIT** | $2,958.00 | $3,563.00 | $0.00 |
| Advertising | | | |
| Vehicle Expenses | $255.00 | $320.00 | |
| Cleaning & Maintenance | | | |
| Phone services | $149.00 | $130.00 | |
| Insurance | | | |
| Legal & Accounting | | | |
| Interest Expense | | | |
| Repairs | | | |
| Taxes | | | |
| Licenses | | | |
| Utilities | | $289.00 | |
| Rent | | | |

<PROF&LOS.FT2>

| | JAN./2011 | FEB./2011 | MAR../2010 |
|---|---|---|---|
| Wages | | | |
| Benefits | | | |
| PR Taxes | | | |
| Travel & Entertainment | | | |
| Meals | | | |
| Promotions | | | |
| Contributions | $130.00 | $210.00 | |
| Depreciation Expense | | | |
| Interest Income | | | |
| Other | | | |
| **TOTAL EXPENSES** | $534.00 | $949.00 | $0.00 |
| | | | |
| **PRE-TAX INCOME/EXPENSE** | $2,424.00 | $2,614.00 | |

Prepared By   Steve Minturn          Date   02/03/2011

Reviewed By                          Date

<PROF&LOS.FT2>