IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: STEVEN PAUL MINTURN
JODY ELAINE MINTURN
2635 TOWNSHIP RD 20
CARDINGTON, OH 43315-9300

CASE NO: 10-63425

CHAPTER 13

JUDGE: John E. Hoffman Jr.

### NOTICE OF INTENTION
### TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Frank M. Pees, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00009 | Allied Waste<br>933 Frank Road<br>Columbus, OH 43223 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00022 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | 300.47 | 1.00 % | 0.00 % | UNSECURED |
| 00008 | ATTORNEY GENERAL STATE OF OHIO<br>COLLECTION ENFORCEMENT<br>150 E GAY ST 21ST FL<br>COLUMBUS, OH 43215 | 1,235.87 | 100.00 % | 0.00 % | PRIORITY |
| 00002 | BENEFICIAL OHIO INC<br>636 GRAND REGENCY RD<br>BRANDON, FL 33510 | 952.31<br>CONTINUING | 100.00 % | 0.00 % | MORTGAGE |
| 00003 | BENEFICIAL OHIO INC<br>636 GRAND REGENCY RD<br>BRANDON, FL 33510 | 20,787.18 | 100.00 % | 0.00 % | PRE-PET MTG ARREARS |
| 00011 | CAPITAL ONE BANK<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 3,222.23 | 1.00 % | 0.00 % | UNSECURED |
| 00012 | CENTURYLINK<br>3622 GOVERNMENT ST<br>BATON ROUGE, LA 70806-5720 | 125.97 | 1.00 % | 0.00 % | UNSECURED |

CASE NO. 10-63425    STEVEN PAUL MINTURN and JODY ELAINE MINTURN

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00001 | Compmanagement, Inc.<br>C/O CT Corporation System<br>1300 East Ninth Street<br>Cleveland, OH  44114 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00017 | DEPT STORES NATL BANK/MACYS<br>NCO FINANCIAL SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA  30091-4275 | 238.47 | 1.00 % | 0.00 % | UNSECURED |
| 00013 | FERRELLGAS INC<br>1 LIBERTY PLZ<br>ATTN RCC #40<br>LIBERTY, MO  64068 | 518.26 | 1.00 % | 0.00 % | UNSECURED |
| 00014 | Fifth Third Bank<br>PO Box 740789<br>Cincinnati, OH  45274 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00015 | GEMB/JCP<br>P. O. Box 984100<br>El Paso, TX  79998 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00016 | Grady Emergency Room Physicians<br>561 West Central Avenue<br>Delaware, OH  43015 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 00004 | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL STE 200<br>TUCSON, AZ  85712 | Surrendered | 1.00 % | 0.00 % | UNSECURED |
| 00006 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 931.27 | 100.00 % | 0.00 % | PRIORITY |
| 00021 | INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101 | 2,647.18 | 1.00 % | 0.00 % | UNSECURED |
| 00023 | MARK ALBERT HERDER ESQ<br>1031 E BROAD ST<br>COLUMBUS, OH  43205 | 468.00 | 100.00 % | 0.00 % | ADDITIONAL ATTORNEY FEES |
| 00018 | MEADE & ASSOCIATES<br>737 ENTERPRISE DR<br>WESTERVILLE, OH  43081 | 406.00 | 1.00 % | 0.00 % | UNSECURED |

CASE NO. 10-63425   STEVEN PAUL MINTURN and JODY ELAINE MINTURN

| CLM # | NAME AND ADDRESS OF CREDTIOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00007 | Morrow County Treasurers Office<br>48 E High St Rm 4<br>Mount Gilead, OH  43338 | 10,781.72 | 100.00 % | 0.00 % | PRIORITY |
| 00010 | PRA REC AGENT OF PORTFOLIO<br>PO BOX 12914<br>NORFOLK, VA  23541 | 13,378.30 | 1.00 % | 0.00 % | UNSECURED |
| 00019 | SHERWIN WILLIAMS CO<br>1297 CAMERON AVE<br>LEWIS CENTER, OH  43035 | 777.07 | 1.00 % | 0.00 % | UNSECURED |
| 00020 | Sprint<br>6391 Sprint Parkway<br>Overland Park, KS  66251 | Not filed | 1.00 % | 0.00 % | UNSECURED |
| 10005 | WELLS FARGO AUTO FINANCE<br>PO BOX 29706 MAC S4015-01T<br>PHOENIX, AZ  85038-9706 | 1,080.05 | 1.00 % | 0.00 % | UNSECURED |
| 00005 | WELLS FARGO AUTO FINANCE<br>PO BOX 29706 MAC S4015-01T<br>PHOENIX, AZ  85038-9706 | 1,325.00 | 100.00 % | 6.00 % | SECURED-506 |
| | TOTAL | 58,223.04 | | | |
| 00000 | MARK ALBERT HERDER ESQ<br>1031 E BROAD ST<br>COLUMBUS, OH  43205 | 3,374.00 | 100.00 % | 0.00 % | ATTORNEY FEE |

Dated:  August 12, 2011

/s/Frank M. Pees
FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700