**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: February 27, 2012**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **In re:**  STEVEN PAUL MINTURN, | : | Case No. 10-63425 |
|            JODY ELAINE MINTURN, | : | Chapter 13 |
|                    Debtors. | : | Judge John E. Hoffman Jr. |

### ORDER GRANTING MOTION OF THE DEBTORS
### TO MODIFY 15 FEBRUARY 2011 ORDER CONFIRMING CHAPTER 13 PLAN
### (DOCUMENT NO. 52)

This matter comes before the Court on the Debtors' Motion to Modify 15 February 2011 Order Confirming Chapter 13 Plan. The Debtors filed the Motion to Modify on 18 January 2012 and no response in opposition has thus far been filed. The Court accordingly sustains the Motion. The 15 February 2011 Order Confirming Chapter 13 Plan is hereby modified as follows:

1. The future earnings of the Debtors are submitted to the supervision and control of the Trustee and the Debtors shall pay the Trustee the sum of $1,550.00 per month for months one through twelve (1-12); $1,650.00 per month for months thirteen through twenty-four (13-24); $1,850.00 per month for months twenty-five through thirty-six (25-36); $2,050.00 per month for months thirty-seven through forty-eight (37-48), and $2,250.00 per month for months forty-nine through the duration of the plan of repayment (49-end); and,

2. The dividend paid to the general unsecured creditors shall remain one percent (1%); and,

3. All other provisions of the 15 February 2011 Order Confirming Chapter 13 Plan shall remain in full force and effect.

IT IS SO ORDERED.

APPROVED:

*/s/ Mark Albert Herder*
Mark Albert Herder (0061503)
Attorney for the Debtors
MARK ALBERT HERDER, LLC
1031 East Broad Street
Columbus, Ohio 43205
Tel.: 614.444.5290
Fax: 614.444.4446


Copies to: Default List

In re: Minturn – Case No. 10-63425

###